UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LG 52 DOE,

                            Plaintiff,

     – against –

TOWN OF POUGHKEEPSIE, et al.,

                          Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 21-CV-7859 (CS)

Seibel, J.

      For the reasons stated in *Kane v. Mt. Pleasant Indep. Sch. Dist.*, 2021 WL 5112981 (S.D.N.Y. Nov. 3, 2021), Defendants' motion to dismiss is GRANTED with respect to Plaintiff's federal claims.

      The "traditional 'values of judicial economy, convenience, fairness, and comity'" weigh in favor of declining to exercise supplemental jurisdiction where all federal law claims are eliminated before trial. *Kolari v. New York-Presbyterian Hosp.*, 455 F.3d 118, 122 (2d Cir. 2006) (quoting *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 (1988)). Having determined that all of the claims over which this Court has original jurisdiction should be dismissed, and having considered the factors set forth in *Cohill*, the Court declines to exercise supplemental jurisdiction over any of Plaintiff's remaining state law causes of action. *See id.* (citing 28 U.S.C. § 1367(c)(3)). Accordingly, there being no basis for federal jurisdiction, it is hereby ORDERED that this action be REMANDED forthwith to the Supreme Court of the State of New York, County of Dutchess. The Clerk of Court is respectfully directed to terminate the pending motion. (ECF No. 8.)

**SO ORDERED.**

Dated: December 14, 2021
      White Plains, New York

                                                            _____
                                                                 CATHY SEIBEL, U.S.D.J.